IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

MONTE CALLAWAY,

        Plaintiff,

    v.

STEVE SHELTON,
et al.,

        Defendants.

Civil No. 11-885-TC

ORDER

HOGAN, District Judge.

    Plaintiff, an inmate in the custody of the Oregon Department of Corrections, filed a complaint under 42 U.S.C. § 1983 alleging that defendants violated his civil rights by providing inadequate medical care for various alleged ailments.

    Plaintiff refused to sign a HIPPA complaint release document to release his medical records. By Order (#35) entered December 16, 2011, defendant's Motion to inspect and copy Plaintiff's

1 - ORDER

Medical Records was allowed.

Plaintiff has filed a motion "demand[ing] that all information obtained by defendants counsel through this invasion of privacy be secured by court seal and/or destroyed." Motion for Injunction (#43) p. 1.

Defendants are entitled to plaintiff's medical records in order to defend plaintiff's claims.

Plaintiff has failed to demonstrate that he has sustained or is immediately in danger of sustaining some direct injury as a result of the disclosure of his medical records to defendants. Los Angeles v. Lyons, 461 U.S. 95 (1983).

Plaintiff's Motion for Injunction (#43) is denied.


IT IS SO ORDERED.

DATED this 17th day of January, 2012.

_____
Michael R. Hogan
United States District Judge

2 - ORDER